*James E. Kernan*, in opposition.

Decided October 25, 2006

## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES *v.* CITY OF TORRINGTON ET AL.

The petition by the defendants the city of Torrington and Dan McGuiness for certification for appeal from the Appellate Court, 96 Conn. App. 313 (AC 26682), is denied.

*Nicole D. Dorman*, in support of the petition.

*Charles Krich*, in opposition.

Decided October 25, 2006